Case 4:07-cr-00715-DLJ     Document 1     Filed 11/13/2007     Page 1 of 2     E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 8, United States Code,
Section 1325 -- Improper Entry by
an Alien

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Imprisonment: 6 months; Fine: $5,000
Supervised release: 1 year; Special assessment: $10

### DEFENDANT - U.S.

▶ JAIME ALVAREZ-LOPEZ,

DISTRICT COURT NUMBER

CR07-0715 WDB

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW
DOCKET NO. _____

MAGISTRATE
CASE NO. _____

**IS IN CUSTODY**

4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges   } ☒ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Santa Clara

Has detainer been filed?   ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JAMES C. MANN, AUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Ball Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
 3
 4
 5
 6
 7
```

FILED
07 NOV 13 AM 9:43

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR07-0715 WDB |
| --- | --- | --- |
| Plaintiff, | ) | VIOLATION: Title 8, United States Code, Section 1325 -- Improper Entry by an Alien |
| v. | ) | |
| JAIME ALVAREZ-LOPEZ, | ) | OAKLAND VENUE |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>:        (Title 8, United States Code, Section 1325(a) -- Improper Entry by an Alien)

On or about September 22, 2007, in the Southern District of California, the defendant,

JAIME ALVAREZ-LOPEZ,

an alien, did enter and attempt to enter the United States from Mexico at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section

////
////
////

INFORMATION

1  1325(a), a Class B misdemeanor.

3  DATED: November 11, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

INFORMATION                                    2