1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
                                                            **FILED**
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division                                 NOV 1 3 2007
4  JAMES C. MANN (CABN 221603)                              RICHARD W. WIEKING
   Assistant United States Attorney                         CLERK, U.S. DISTRICT COURT
5                                                           NORTHERN DISTRICT OF CALIFORNIA
                                                            OAKLAND
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724
       E-Mail:    James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )
14                                      )   No. CR-06-00217 DLJ
           Plaintiff,                   )
15                                      )   Petition for Arrest Warrant for Offender
       v.                               )   Under Supervision Filed On October 3, 2007
16                                      )
                                        )   (Oakland Venue)
17 JAIME ALVAREZ-LOPEZ,                 )
                                        )
18         Defendant.                   )
                                        )
19 ─────────────────────────────        )
   UNITED STATES OF AMERICA,            )
20                                      )
           Plaintiff,                   )   No. CR-07-0715 WDB
21                                      )
       v.                               )   Information Filed On November 13, 2007
22                                      )
   JAIME ALVAREZ-LOPEZ,                 )   **NOTICE OF RELATED CASE
23                                      )   IN A CRIMINAL ACTION**
           Defendant.                   )
24 ─────────────────────────────        )   (Oakland Venue)

25     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26 that the two above-captioned criminal cases are related. The more recent, single-count

27 information filed on November 13, 2007 involves the same defendant and event as the charges in

28 the Petition for Arrest Warrant for Offender Under Supervision ("Petition") in Case No. CR-06-

NOTICE OF RELATED CASES
U.S. v. JAIME ALVAREZ-LOPEZ

00217 DLJ, previously pending before Honorable D. Lowell Jensen. The most recent charge stems from the defendant's alleged illegal entry into the United States on September 22, 2007. The same alleged illegal entry forms the basis for the defendant's alleged violations of his supervised release as set forth in the Petition in Case No. CR-06-00217 DLJ.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and event. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Date: November 13, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS

James C. Mann
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. JAIME ALVAREZ-LOPEZ          2