By: _____/S/_____