

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*JAMES C. MANN*
*Assistant United States Attorney*
*Telephone: (510) 637-3705*
*Facsimile: (510) 637-3724*
*E-Mail:    James.C.Mann@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

November 13, 2007

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court, Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

    Re:    United States v. Jaime Alvarez-Lopez,
           CR-07-0715 WDB

Dear Magistrate Judge Brazil:

    On November 13, 2007, the United States Attorney's Office filed a single count information in the above-referenced matter, alleging a violation of Title 8, United States Code Section 1325, a misdemeanor. I respectfully request that this matter be added to Magistrate Judge Brazil's 10:00 a.m. criminal calendar on Monday, November 19, 2007 for an arraignment and initial appearance. In addition, I respectfully request that a Spanish language interpreter be available to assist the defendant. Defense counsel, Randall G. Knox, is aware of this request and is copied on this letter.

    The defendant is currently in the custody of the United States Marshal on the following case: United States v. Jaime Alvarez-Lopez, CR-06-00217, pending before the Honorable D. Lowell Jensen. The United States Attorney's Office will file a Notice of Related Case shortly.

                                                    Sincerely,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

                                By:              /S/_____

                                                     JAMES C. MANN
                                                     Assistant United States Attorney

cc: Randall G. Knox