9AM    I/C    9 10 AM — 9 28 AM

E-FILING CASE

RELATED TO
(CR-06-00217-DLJ)

INT.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: __12/21/07__

Case No: CR __-07-00715-DLJ__     Judge: D. Lowell Jensen

Reporter: __DIANE SKILLMAN__     Clerk: Frances Stone

Defendant(s):                                              Defense Counsel:

__JAIME ALVAREZ-LOPEZ__  Present? __Y__  In Custody? __Y__  __RANDALL KNOX__

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

US Attorney:         Interpreter:              US Probation Officer:
__JAMES MANN__       __MONIQUE INGARTE__       __MYRA TURNER__

Reason for Hearing:                       Ruling:

__CHANGE OF PLEA__                         __- HELD__
__GUILTY PLEA TO COUNT ONE OF THE INFORMATION__
__PLEA IS WITH CONSENT OF COUNSEL. PLEA IS__
__ACCEPTED AND ENTERED.__

~~Notes:~~

                                                    SEE NEXT PAGE →
                                                    (SENTENCING)

Case continued to: _____  for _____

Case continued to: _____  for _____

Case continued to: _____  for _____
   Motions to be filed by _____  ; Opposition due _____

Case continued to: _____  for _____ for Pretrial Conference

Case continued to: _____  for _____ Trial

Excludable Delay: Category: ___  Begins: ___  Ends: ___

CONTINUED FROM PAGE 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: **12/21/07**

Case No: CR **-07-00715-DLJ**      Judge: D. Lowell Jensen

Reporter: **DIANE SKILLMAN**      Clerk: Frances Stone

Defendant(s):      Defense Counsel:

**JAIME ALVAREZ-LOPEZ**   Present? **Y**   In Custody? **Y**   **RANDALL KNOX**

US Attorney: **JAMES MANN**      Interpreter: **MONIQUE INCIARTE**      US Probation Officer:

Reason for Hearing:      Ruling:

**SENTENCING: CT.1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 6 MONTHS. DEF PLACED ON SUPERVISED RELEASE 1 YEAR. A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES RIGHT TO APPEAL**

Notes: **($10.00 ASSESSMENT)**

Case continued to: ____ for ____
Case continued to: ____ for ____
Case continued to: ____ for ____; Motions to be filed by ____ Opposition due ____
Case continued to: ____ for Pretrial Conference
Case continued to: ____ for Trial

Excludable Delay: Category: ____ Begins: ____ Ends: ____